No. 98–245. HOWMEDICA, INC. *v.* ELBERT. C. A. 9th Cir. Motion of Pharmaceutical Research and Manufacturers of America for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition. █

No. 98–286. FISH *v.* MARSH, SPAEDER, BAUR, SPAEDER & SCHAAF ET AL. Super. Ct. Pa. Motion of petitioner to disqualify counsel and other relief denied. Certiorari denied. █